*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 10, 2016                    521995
_____

In the Matter of AIKIO GARNES,
                         Petitioner,

        v
                                                MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                         Respondent.
_____

Calendar Date:  September 20, 2016

Before:  McCarthy, J.P., Garry, Lynch, Rose and Mulvey, JJ.

                        _____


        Aikio Garnes, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
Although not mentioned by the Attorney General, the loss of good
time incurred by petitioner as a result of the disciplinary
determination should also be restored (see Matter of Zoccoli v
Annucci, 140 AD3d 1512, 1513 [2016]).  Otherwise, as petitioner
has received all the relief to which he is entitled, the

proceeding must be dismissed as moot (see Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]; Matter of Corrieri v Annucci, 137 AD3d 1407, 1408 [2016]).

McCarthy, J.P., Garry, Lynch, Rose and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court